```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 6/26/2020

ANTOLIN GALVEZ PRUDENTE,
*individually and on behalf of others similarly situated*,

                Plaintiff,

        v.

PROSPERITY 89 INC., *doing business as* THAIS NEW YORK,

                Defendant.

No. 18-CV-6796 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 22, 2020, Plaintiff advised the Court that he "will not proceed with the summary judgment motion" and "request[ed] the matter be scheduled for trial." Dkt. 47. The Court, therefore, asked the parties to file a joint letter updating the Court on the status of the case, including settlement efforts, proposed dates that all parties are available for trial, the best estimated length of trial, and whether the parties still anticipate this will be a jury trial. Dkt. 48. On May 7, Plaintiff filed a letter with the requested information, but Defendant did not respond to the Court's order or Plaintiff's inquiries when trying to submit a joint letter. Dkt. 50. The Court, in turn, ordered the parties to file the requisite joint status letter by May 15, 2020, while also referring this matter to the District's mediation program. Dkt. 52. To date, the parties have not received that letter. And today, the Court has been informed that their mediation efforts were unsuccessful.

    Accordingly, no later than July 1, 2020, the parties shall submit a joint a letter updating the Court on the status of the case, including their recent settlement efforts, and providing

information necessary to schedule trial, including proposed dates for trial, the estimated length, whether the parties consent to a bench trial, and whether it can be remote.

SO ORDERED.

Dated: June 26, 2020
New York, New York

_____
Ronnie Abrams
United States District Judge