USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GALVEZ PRUDENTE et al,

                Plaintiff,

v.

PROSPERITY 89, INC. et al,

                Defendant.

No. 18-CV-06796 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The following is hereby ORDERED:

1. Trial in this action will commence remotely on September 28, 2020.

2. In accordance with the Court's individual rules, the parties shall submit a joint pretrial order, motions *in limine*, proposed findings of fact and conclusions of law, and pretrial memoranda of law by August 31, 2020; any oppositions shall be filed by September 7, 2020; and any replies shall be filed by September 14, 2020.

3. A final pretrial conference is scheduled for September 21, 2020 at 11:30 a.m. The conference will be held via videoconference on Skype for Business. The conference line for argument is (888) 363-4749 and the access code is 1015508. This line is open to the public. The Court will contact the parties the day before argument regarding the videoconferencing technology.

Consistent with Court rules, direct examination in a bench trial such as this is normally conducted by affidavit. If parties prefer to conduct direct examination live, they should so notify the Court.

SO ORDERED.

Dated:   August 6, 2020
        New York, New York

_____
Ronnie Abrams
United States District Judge