UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GALVEZ PRUDENTE, *et al.*,

                Plaintiffs,

v.

PROSPERITY 89 CORP., *et al.*,

                Defendants.

| USDC-SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 8-31-20 |

18-CV-6796 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the parties scheduling conflict, it is hereby:

    ORDERED that the trial scheduled to begin September 28, 2020 is adjourned until September 29, 2020. The final pretrial conference will proceed as scheduled. The deadlines for filing a joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, pretrial memoranda of law, and any oppositions or replies remain as initially scheduled.

SO ORDERED.

Dated:    August 31, 2020
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge