UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GALVEZ PRUDENTE, *et al.*,

               Plaintiffs,

v.

PROSPERITY 80 INC., *et al.*,

               Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-4-20

18-CV-6796 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 1, 2020, this Court granted the parties a one day extension to file their joint pre-trial order. To date, the parties have not done so. It is hereby:

ORDERED that no later than September 8, 2020, the parties shall file a joint pre-trial order.

IT IS FURTHER ORDERED that no later than September 11, 2020, the parties shall file responses.

IT IS FURTHER ORDERED that no later than September 15, 2020, the parties shall file replies.

IT IS FURTHER ORDERED that the final pre-trial conference is adjourned until Tuesday, September 22, 2020 at 4:00 pm.

The parties shall note that failure to comply with this order may result in sanctions including involuntary dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated:    September 4, 2020
            New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge