```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  9-9-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GALVEZ PRUDENTE, *et al.*,

               Plaintiffs,

v.

PROSPERITY 80 INC., *et al.*,

               Defendants.

18-CV-6796 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties have now twice missed the court-imposed deadline to file a joint pre-trial order. It is hereby:

ORDERED that counsel for all parties appear for status conference on Thursday, September 10, 2020 at 10:00 am. In light of the COVID-19 crisis, the Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:   September 9, 2020
            New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge