# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165
gnaydenskiy@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

September 1, 2020

Hon. Ronnie Abrams
United States District Judge
500 Pearl Street
New York, NY 10007

Re: Galvez Prudente et al v. Prosperity 89 Corp. et al.
Index No. 18-cv-06796

Your Honor:

Our firm represents Plaintiff in the above-referenced matter. We write jointly with Defense counsel to inform Your Honor that the parties have reached a settlement in principal[1]. Therefore, we respectfully request the September 10, 2020 conference, pre-trial conference and trial be adjourned *sine die* and a 30 day deadline be set for Plaintiff's settlement fairness motion.

We thank the court for its attention to this matter.

Application granted.  The conference scheduled for September 10, 2020, the final pre-trial conference scheduled for September 22, 2020, and the trial scheduled to commence September 29, 2020, are all adjourned sine die.  Plaintiff shall file a settlement fairness motion no later than October 10, 2020.
SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 9, 2020

Respectfully Submitted,

  /s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy, Esq.
Michael Faillace & Associates
60 East 42nd Street, Suite 2540
New York, New York 10165
Tel:  (212) 317-1200
Fax:  (212) 317-1620
Email:  gnaydenskiy@faillacelaw.com
*Attorneys for Plaintiff*

---

[1] ECF Doc. # 63.